

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00473-CV

**TEXAS DEPARTMENT OF INSURANCE—DIVISION OF WORKERS' COMPENSATION** and Commissioner Ryan Brannan, in his official capacity, Appellants

v.

David **BRUMFIELD**, Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07374
Honorable Larry Noll, Judge Presiding

## O R D E R

    Appellee's motion for extension of time to file his brief is GRANTED. Appellee's brief is due on November 19, 2015.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court